■ In the Matter of the Claim of RALPH O. PATT, Respondent. CONSOL-IDATED EDISON COMPANY OF NEW YORK, INC., Appellant; MARTIN P. CATHER-WOOD, as Industrial Commissioner, Respondent. In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision of January 11, 1963 (*ante*, p. 845) amended by deleting the award of one bill of costs to the respondents and to provide for costs to the Industrial Commissioner. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

### (March 29, 1963)

■ FREDERICK H. WRIGHT, Appellant, v. TOWN BOARD OF THE TOWN OF FALLSBURGH et al., Respondents.— Order and judgment affirmed, without costs, on the authority of *Matter of Town Bd. of Town of Islip* (*Fishman*) (12 N Y 2d 321). Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.